**Order entered August 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00154-CR

### THE STATE OF TEXAS, Appellant

### V.

### TERRANCE GERMAINE WILKINS, Appellee

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F10-62224-X**

## ORDER

The State's Motion to Rescind the Order of Abatement is **DENIED.**

/s/     KERRY P. FITZGERALD
           JUSTICE